UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| SHARI L. ARNOLD, | } | CASE NO: 17-64000-PMB |
| | } | |
| DEBTOR. | } | |

### CHAPTER 13 TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO INCUR DEBT

COMES NOW MELISSA J. DAVEY, Standing Chapter 13 Trustee in the above styled case, and respectfully responds to the Debtor's Motion to Incur Debt as follows:

1.

This case was filed on August 9, 2017, under Chapter 13, Title 11 of the United States Code. The Debtor's plan, as proposed, provides for payments in the amount of $250.00 per month, a thirty-six (36) month applicable commitment period, and a zero percent (0%) dividend to be paid to unsecured creditors.

2.

On December 12, 2017, the Debtor filed a Motion to Incur Debt. Debtor seeks to incur a student loan of $5,000.00 to continue working towards her PHD in English Literature.

3.

No documents were provided in support of the Motion. Debtor's Motion is also silent as to whether this is the last student loan she anticipates taking out in order to receive her degree.

WHEREFORE, for the foregoing reasons, the Chapter 13 Trustee respectfully requests that this Court deny the Debtor's Motion to Incur Debt and for such other and further relief as this Court deems just and proper.

This 15th day of December 2017.

        Respectfully submitted,

        ___/s/_____
        Jason L. Rogers, GA Bar No. 142575
        Attorney for the Chapter 13 Trustee
        260 Peachtree Street, Suite 200
        Atlanta, GA 30303
        678-510-1444

17-64000-PMB

# CERTIFICATE OF SERVICE

This is to certify that I have this day served:

DEBTOR:

Shari Lakia Arnold
1729 San Gabriel Ave
Decatur, GA 30032

ATTORNEY FOR DEBTOR:

Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

with a copy of the foregoing Chapter 13 Trustee's Objection to Debtor's Motion to Incur Debt by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon.

This 15th day of December 2017.

/s/_____
Jason L. Rogers,
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444